UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **GEORGE W. CARLISLE, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:05CV2416-DJS |
| ) | |
| **MISSOURI DEPARTMENT OF** ) | |
| **ECONOMIC DEVELOPMENT,** ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

Pursuant to the memorandum and order entered herein this day,

**IT IS HEREBY ORDERED** that summary judgment is entered in favor of defendant and against plaintiff on all claims asserted in plaintiff's complaint.

Dated this ___25th___ day of October, 2006.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE